Michael A. Bliven
Avery L. Field
Bliven Law Firm, P.C.
704 South Main
Kalispell, MT 59901
P: (406) 755-6828
F: (406) 755-6829
E: avery@blivenlawfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>JOSHUA HILL, CODY EACKER, KADE MCCUTCHEON, and John Does 1-10,<br><br>        Defendants. | Cause No.: 9:26-cv-00037-KLD<br><br>Judge: Hon. Kathleen L. DeSoto<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR RELATED PROTECTIVE ORDER** |

Plaintiff Jane Doe, by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 5.2(e), 16(b), and 26(c) and D. Mont. L.R. 5.2, respectfully moves this Court for an order granting Plaintiff leave to proceed under a pseudonym and a protective order to prevent public disclosure of her identity by Defendants.

Specifically, Plaintiff Doe seeks an Order of this Court that:

Plaintiff may proceed under pseudonym;

Defendants and their counsel, agents, and employees shall not disclose the identity of Plaintiff in any public court filing;

In place of Plaintiff's legal name, Defendants and their counsel, agents or employees shall utilize the pseudonym JANE DOE; and

Plaintiff's legal name shall be redacted in any document filed with the Court and from all Court proceedings, with the exception of exhibits or documents filed under seal.

A proposed order is attached hereto. Plaintiff also attaches a Brief in Support of Plaintiff's Motion, and a Declaration of Plaintiff, filed under seal pursuant to D. Mont. L.R. 5.2(b)(1).

Dated this 23rd day of February, 2026.

BLIVEN LAW FIRM, P.C.

By: */s/ Avery L. Field*
Avery L. Field
704 S. Main Street
Kalispell, MT 59901
P: (406) 755-6828
E: avery@blivenlawfirm.com

*Attorney for Plaintiff*