IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA HILL, CODY EACKER, KADE MCCUTCHEON, and DOES 1-10,<br><br>    Defendants. | CV 26-37-M-KLD<br><br>ORDER |

    On February 23, 2026, Plaintiff Jane Doe filed a Complaint against Defendants Joshua Hill, Cody Eacker, and Kade McCutcheon. Also on February 23, 2026, Plaintiff filed a motion for a protective order and to proceed under pseudonym on the ground that she is the victim of alleged sexual abuse that provides the basis for her claims in this case. (Doc. 2). Accordingly, and good cause appearing,

    IT IS ORDERED that Plaintiff's motion for leave to proceed under a pseudonym (Doc. 2) is provisionally GRANTED pending Defendants' appearances in the case. If any Defendant opposes permitting Plaintiff to proceed anonymously, that Defendant shall have 14 days from the date they make an appearance in the

1

case within which to file a brief in opposition to Plaintiff's motion. If no Defendant files an opposition brief within that time period, the motion will be deemed granted and Plaintiff will be permitted to proceed anonymously.

IT IS FURTHER ORDERED, that until the Court orders otherwise, no party shall disclose the identity of Plaintiff in any public court filing in this matter. With the exception of exhibits or documents filed under seal, Plaintiff's legal name shall be redacted in any document filed with the Court and from all Court proceedings.

DATED this 9th day of October, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge