IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANE DOE, | CV 26-37-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA HILL, CODY EACKER, KADE MCCUTCHEON, and John Does 1-10, | |
| Defendants, | |

Plaintiff Jane Doe filed his Complaint on February 23, 2026. (Doc. 1). On May 14, 2026, the Clerk of court issued summonses for the three named Defendants. (Docs. 9, 9-1, and 92). Defendants Joshuah Hill and Kade McKutcheon entered appearances in the case on June 29, 2026. (Docs. 10, 11). Although Plaintiff also obtained a summons for Defendant Cody Eacker, there is nothing in the record to indicate that Plaintiff has served him with the summons and Complaint.

Federal Rule of Civil Procedure 4(m) requires that a plaintiff serve a complaint and summons within 90 days after the complaint is filed. The rule states, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss

1

the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed R. Civ. P. 4(m). Plaintiff filed his Complaint on February 23, 2026, which means he was required to serve Eacker with the complaint and summons by May 26, 2026.

As of the date of this Order, however, there is nothing in the record to indicate that Plaintiff has served his Complaint on Eacker in compliance with Rule 4 of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED** that on or before **July 24, 2026,** Plaintiff shall show good cause for failing to timely serve the Complaint on Eacker. Plaintiff is advised that if he fails to show good cause, his claims against Eacker may be dismissed without prejudice pursuant to Rule 4(m).

DATED this 16th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

2