IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>vs.<br><br>JOSHUA HILL, CODY EACKER, KADE MCCUTCHEON, and DOES 1-10,<br><br>       Defendants. | CV 26-37-M-KLD<br><br><br>ORDER |

On February 23, 2026, Plaintiff Jane Doe filed a Complaint against Defendants Joshua Hill, Cody Eacker, and Kade McCutcheon. Also on February 23, 2026, Plaintiff filed a motion for a protective order and to proceed under pseudonym on the ground that she is the victim of alleged sexual abuse that provides the basis for her claims in this case. (Doc. 2).

On March 9, 2026, the Court provisionally granted Plaintiff's motion pending Defendants' appearances in the case. (Doc. 5). The Court ordered that any Defendant opposing Plaintiff's motion would have 14 days after entering an appearance in the case within which to file a brief in opposition to the motion. (Doc. 5).

1

Defendants Joshua Hill Kade McCutcheon entered appearances on June 19, 2026 (Docs. 10, 11) and Cody Eacker entered an appearance on July 17, 2026 (Doc. 13). As of the date of this Order, no briefs in opposition to Plaintiff's motion have been filed. Accordingly,

IT IS ORDERED that Plaintiff's motion for a protective order and to proceed under a pseudonym is GRANTED. Until the Court orders otherwise, no party shall disclose the identity of Plaintiff in any public court filing in this matter. With the exception of exhibits or documents filed under seal, Plaintiff's legal name shall be redacted in any document filed with the Court and from all Court proceedings.

DATED this 6th day of August, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

2