IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA HILL, CODY EACKER, KADE MCCUTCHEON, and John Does 1-10,<br><br>Defendants. | CV 26-37-M-KLD<br><br>ORDER |

The Court has been notified that this case has settled. Accordingly,

IT IS ORDERED that on or before December 7, 2026, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 9th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge